# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Nicole Sanchez, | Case No. 2:19-cv-02465-JAM-AC |
| Plaintiff, | |
| vs. | |
| I.Q. Data International, Inc./Rent Collect Global, | **ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING** |
| Defendant. | |

The Court, having considered the Stipulation to extend time to file a responsive pleading, and good cause appearing.

**IT IS HEREBY ORDERED** that the Defendant shall have until January 24, 2020, to file a responsive pleading.

DATED this 9th day of January, 2020.

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge

1